United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Darcell A. Kennedy
     Debtor

Case No. 15-12894-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 29, 2017
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db         +Darcell A. Kennedy,    427 W Roosevelt Blvd,    Philadelphia, PA 19120-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
          DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage,LLC BNCmail@w-legal.com,
           DanS@w-legal.com
          DAVID M. OFFEN    on behalf of Debtor Darcell A. Kennedy dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon...
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
           tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon... tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar
           Home Equity Loan Trust 2006-B tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DARCELL A. KENNEDY, | : | |
| Debtor | : | Bky. No. 15-12894 ELF |

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 58) filed by **The Bank of New York Mellon as Trustee for Nationstar Home Equity Loan Trust 2006-B** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If: (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5) and (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: March 29, 2017**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE