Certificate Number: 12433-PAE-DE-031226913

Bankruptcy Case Number: 15-12894



12433-PAE-DE-031226913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2018, at 9:39 o'clock PM EDT, Darcell Kennedy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 24, 2018          By:    /s/Lance Brechbill

                             Name: Lance Brechbill

                             Title: Teacher