United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darcell A. Kennedy  
    Debtor

Case No. 15-12894-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 3     Date Rcvd: Aug 07, 2018  
                             Form ID: 138NEW    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.

```
db            +Darcell A. Kennedy,    427 W Roosevelt Blvd,    Philadelphia, PA 19120-4122
13597204       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13517185      +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13517192     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/Contfin,      121 Continental Dr Ste 1,    Newark, DE 19713)
13517186      +Cap One,    Po Box 19360,    Portland, OR 97280-0360
13517188      +Ccs/Cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13517189      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13539616      +Department Stores National Bank For Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13539617      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13517190      +Grimley Financial,    18 W Kings Hwy,    Haddonfield, NJ 08033-2116
13517193      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13619272      +Metro Public Adjustment, Inc.,    3551 Bristol Pike,    Bensalem, PA 19020-4685
13538543      +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13517196     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,      350 Highland Dr,    Lewisville, TX 75067)
13517198      +PECO,    PO Box 13437,    Philadelphia, PA 19101-3437
13517199      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13517200      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13517204      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
13517206      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13735263      +The Bank of New York Mellon,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13517207      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13551032       Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:29:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:15     Nationstar Mortgage,LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:37     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13568876       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 02:44:49
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13554877      +E-mail/Text: bnc@atlasacq.com Aug 08 2018 02:28:35     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13607741       E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:49     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13600540      +E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:48
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13517187      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:33:04     Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
13541936       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:33:04     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13600539       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
13517191      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:34:20     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13517194      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 02:29:09     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13564599       E-mail/Text: blegal@phfa.org Aug 08 2018 02:29:11     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13585462       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 03:17:06
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13517197      +E-mail/Text: blegal@phfa.org Aug 08 2018 02:29:11     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
```

```
District/off: 0313-2           User: PaulP                 Page 2 of 3                   Date Rcvd: Aug 07, 2018
                               Form ID: 138NEW             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13517201      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:17      Portfolio,
               PO Box 12914,    Norfolk, VA 23541-0914
13517202      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:17
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13525013       E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:34:18
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13524853      +E-mail/Text: philadelphia.bnc@ssa.gov Aug 08 2018 02:29:26       Social Security Administration,
               PO Box 3430,    Philadelphia, PA 19122-0430
13517205      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:34:11       Syncb/Old Navy,    Po Box 965005,
               Orlando, FL 32896-5005
13558906      +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:15       TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13568714      +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:15       The Bank of New York Mellon,
               C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13517208      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 02:28:31
               Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
13517209       E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:49       Water Revenue Bureau,
               1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13517195*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13517203*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13517184     ##+AR,   120 N Keyser Avenue,    Scranton, PA 18504-9701
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage,LLC BNCmail@w-legal.com,
           DanS@w-legal.com
          DAVID M. OFFEN    on behalf of Debtor Darcell A. Kennedy dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon...
           bkgroup@kmllawgroup.com,     bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Trustee for
           Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com,     bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon... bkyefile@rasflaw.com
          MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
           ahight@schillerknapp.com,
           ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
           p.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar
           Home Equity Loan Trust 2006-B tpuleo@kmllawgroup.com,     bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon... tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: PaulP              Page 3 of 3              Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW          Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Darcell A. Kennedy
    Debtor(s)

Bankruptcy No: 15–12894–elf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/7/18

69 – 68
Form 138_new