```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 15-12894-elf
Darcell A. Kennedy                                                  Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 14, 2018
                              Form ID: 3180W              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Darcell A. Kennedy,    427 W Roosevelt Blvd,    Philadelphia, PA 19120-4122
13597204        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13539617       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13619272       +Metro Public Adjustment, Inc.,    3551 Bristol Pike,    Bensalem, PA 19020-4685
13538543       +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13517200       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13551032       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13568876        EDI: AIS.COM Sep 15 2018 06:38:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13554877       +EDI: ATLASACQU.COM Sep 15 2018 06:38:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13607741        E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:35      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13600540       +E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:35
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,     MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13541936        EDI: CAPITALONE.COM Sep 15 2018 06:38:00     Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13539616       +EDI: TSYS2.COM Sep 15 2018 06:38:00     Department Stores National Bank For Bloomingdales,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13600539        EDI: RESURGENT.COM Sep 15 2018 06:38:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Springleaf Financial,    Services Of Indiana, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13564599        E-mail/Text: blegal@phfa.org Sep 15 2018 02:58:07      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13585462        EDI: PRA.COM Sep 15 2018 06:38:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13558906       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:58:14     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13568714       +E-mail/Text: bncmail@w-legal.com Sep 15 2018 02:58:14     The Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2         User: admin                 Page 2 of 2           Date Rcvd: Sep 14, 2018
                             Form ID: 3180W              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage,LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DAVID M. OFFEN     on behalf of Debtor Darcell A. Kennedy dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Bank of New York Mellon...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Bank of New York Mellon as Trustee for
               Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY     on behalf of Creditor    The Bank of New York Mellon... bkyefile@rasflaw.com
              MARTIN A. MOONEY     on behalf of Creditor    Toyota Motor Credit Corporation
               ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              THOMAS I. PULEO     on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar
               Home Equity Loan Trust 2006-B tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS I. PULEO     on behalf of Creditor    The Bank of New York Mellon... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Darcell A. Kennedy** | Social Security number or ITIN **xxx–xx–3639** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **15–12894–elf** | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darcell A. Kennedy

9/13/18                                                                                                **By the court:**    Eric L. Frank
                                                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**