United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darcell A. Kennedy  
      Debtor

Case No. 15-12894-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db           +Darcell A. Kennedy,    427 W Roosevelt Blvd,    Philadelphia, PA 19120-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

         DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage,LLC BNCmail@w-legal.com,
          DanS@w-legal.com  
         DAVID M. OFFEN    on behalf of Debtor Darcell A. Kennedy dmo160west@gmail.com,
          davidoffenecf@gmail.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon as Trustee for
          Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon...
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon as Trustee for
          Nationstar Home Equity Loan Trust 2006-B bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon... bkyefile@rasflaw.com  
         MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
          ahight@schillerknapp.com,
          ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
          p.com  
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon... tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon as Trustee for Nationstar
          Home Equity Loan Trust 2006-B tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                         TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Darcell A. Kennedy  : Case No. 15–12894–elf
    Debtor(s)

*ORDER*
_____

AND NOW, this day , September 19, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court